United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTERLITA CORTES TAPANG,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No.: 12-CV-02183-LHK<br><br>ORDER VACATING HEARING AND<br>CASE MANAGEMENT CONFERENCE |

A hearing on Defendants' motion to dismiss is scheduled for August 30, 2012.  Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument.  Accordingly, the hearing on the motion to dismiss and the case management conference, both set for August 30, 2012, are hereby VACATED.  The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02183-LHK
ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE