United States District Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ESTERLITA CORTES TAPANG, | ) | Case No.: 5:12-CV-02183-LHK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING HEARING ON |
| | ) | DEFENDANTS' MOTION TO DISMISS |
| Wells Fargo Bank, N.A., successor by merger | ) | FIRST AMENDED COMPLAINT |
| to Wells Fargo Bank Minnesota, N.A., as | ) | |
| Trustee f/k/a Norwest Bank Minnesota, N.A., | ) | |
| as Trustee for the registered holders of | ) | |
| Structured Asset Securities Corporation, | ) | |
| Amortizing Residential Collateral Trust, | ) | |
| Mortgage Pass–Through Certificates, Series | ) | |
| 2002–BC9; Structured Asset Securities | ) | |
| Corporation, Amortizing Residential Collateral | ) | |
| Trust, Mortgage Pass–Through Certificates, | ) | |
| Series 2002–BC9; Structured Asset Securities | ) | |
| Corporation; Finance America, LLC; Ocwen | ) | |
| Loan Servicing, LLC; Mortgage Electronic | ) | |
| Registration Systems, Inc.; and Western | ) | |
| Progressive, LLC; DOES 1 through 500, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, which was scheduled for February 7, 2013, is hereby CONTINUED to April 25, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: January 2, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge