UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTERLITA CORTES TAPANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Norwest Bank Minnesota, N.A., as Trustee for the registered holders of Structured Asset Securities Corporation, Amortizing Residential Collateral Trust, Mortgage Pass–Through Certificates, Series 2002–BC9; Structured Asset Securities Corporation, Amortizing Residential Collateral Trust, Mortgage Pass–Through Certificates, Series 2002–BC9; Structured Asset Securities Corporation; Finance America, LLC; Ocwen Loan Servicing, LLC; Mortgage Electronic Registration Systems, Inc.; and Western Progressive, LLC; DOES 1 through 500, inclusive,<br><br>　　　　Defendants. | Case No.: 5:12-CV-02183-LHK<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT |

The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, which was scheduled for February 7, 2013, is hereby CONTINUED to April 25, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: January 2, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge